## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Robert M. Bradley,** | ) | |
| | ) | **Chapter 7** |
| | ) | **Case No. 10-12152-WCH** |
| **Debtor** | ) | |

### WITHDRAWAL OF UNITED STATES TRUSTEE'S MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727; AND TO EXTEND THE DEADLINE TO FILE A MOTION TO DISMISS DEBTOR'S CHAPTER 7 CASE UNDER 11 U.S.C. § 707(b)(3) <u>AND REQUEST TO CANCEL HEARING</u>

Pursuant to 11 U.S.C. §§ 307, 707(b) and 727, Fed.R.Bankr.P.1017(e) and 4004(b), the United States Trustee ("UST") hereby withdraws his motion to extend the time within which an objection to discharge or a motion to dismiss may be filed ("Motion") and requests that the Court cancel the hearing on the Motion scheduled for Friday, December 3, 2010. In support, the United States Trustee says:

1. Robert M. Bradley ("Debtor") filed a pro se voluntary Chapter 7 petition on March 2, 2010.

2. The Debtor's Schedule F indicates that he has $30,090,180.54 in unsecured debt.

3. The United States Trustee contacted the Debtor by letter dated April 1, 2010, to request that the Debtor provide additional information regarding his assets, liabilities and financial condition. At the time the Motion was filed, the Debtor had submitted a partial response and indicated that more documents were forthcoming. Thereafter, the UST received and reviewed the Debtor's supplemental submission. Based on the foregoing, the UST has determined that no further investigation of the Debtor is needed, withdraws his Motion and requests that the hearing scheduled for December 3, 2010 be canceled.

**WHEREFORE**, the United States Trustee prays that the Court enter orders i) allowing the withdrawal of the UST's Motion; ii) cancelling the hearing scheduled for December 3, 2010; and iii) granting all other appropriate legal and equitable relief.

Respectfully submitted,

WILLIAM K. HARRINGTON
United States Trustee, Region 1

By:  */s/ Paula R. C. Bachtell*
Paula R. C. Bachtell BBO#564155
United States Department of Justice
John W. McCormack Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109
PHONE:    (617) 788-0406
FAX:    (617) 565-6368
Paula.Bachtell@usdoj.gov

Dated: November 24, 2010

### CERTIFICATE OF SERVICE

The undersigned certifies that on November 24, 2010 true and correct copies of the foregoing Motion were served via the U.S. Bankruptcy Court's CM/ECF filing system and by U.S. Mail, postage prepaid.

By:  */s/ Paula R. C. Bachtell*
Paula R. C. Bachtell

Robert M. Bradley
1287 Old Post Road
Marston Mills, MA 02648
(Debtor)

2