UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>ROBERT M. BRADLEY<br>    Debtor. | Chapter 7<br>Case No. 10-12152-WCH |

**MOTION TO CONTINUE HEARING ON RESPONSE TO REQUEST FOR
EXTENSION OF TIME TO OBJECT TO DEBTOR'S DISCHARGE**

LBM Financial, LLC, ("LBM") a creditor of the above-captioned debtor, Robert M. Bradley (the "Debtor"), hereby moves this Court, to enter an order continuing the hearing on the Debtor's Response to Motion for Extension of Time to Object to Debtor's Discharge, in order to permit undersigned counsel to fulfill a family obligation. In support of this Motion, LBM states as follows:

1. LBM is a creditor of the Debtor on account of, among other things, a judgment entered in the Middlesex Superior Court on June 17, 2008 in an action titled *LBM Financial, LLC v. Robert M. Bradley*, and docketed at Civil Action No. MICV2008-01554 (the "Judgment").

2. LBM filed its Motion to Extend Time to Object to Discharge on June 14, 2010; this motion was allowed, extending the deadline to August 23, 2010. On August 23, 2010, LBM filed its Second Motion to Extend Time to Object to Debtor's Discharge; this motion was allowed, extending the deadline to October 22, 2010. LBM did not seek further extensions of the deadline because it has made a business decision not to proceed with such litigation.

3. On November 12, 2010, the Debtor filed a response (the "Response") to LBM's Second Motion to Extend Time, even though that motion had been granted several months

-2-

earlier, and even though the deadline had expired without LBM's seeking an extension or commencing litigation to deny the Debtor's discharge.

   4. On November 15, 2010, the Court scheduled a hearing on the Response for December 3, 2010 at 10:30am.  Undersigned counsel mistakenly assumed that the Response, and the hearing thereon, pertained not to LBM but to a Motion to Extend Time filed by the United States Trustee, which was then pending, and therefore assumed that there would be no need to appear at the December 3 hearing.

   5. Upon further review of the docket, undersigned counsel has realized that the hearing on the Response was set separately from the United States Trustee's motion.  Upon review of the Response, undersigned counsel finds that it (and the hearing on it) deal with the actions of counsel and his client, LBM Financial, LLC.  Undersigned counsel therefore would prefer to be present to respond to the allegations contained in the Response, or that may be made at the hearing on the Response, and to answer any questions that the Court may have.

   6. Unfortunately, undersigned counsel has a family obligation, in Worcester, at 10:30 am on December 3, 2010.  This obligation cannot be rescheduled.  Counsel therefore requests that the hearing on the Response be continued to the next day that the Court will be in session in Hyannis.  Alternatively, counsel requests that the hearing on the Response be continued to a time at or after 1:30PM on December 3, 2010, in order to allow time to fulfill the family obligation, and to travel to Hyannis.

-3-

WHEREFORE, LBM hereby requests that this Court enter an order: (i) continuing the hearing on the Response to (a) the next day that the Court will be in session in Hyannis, or (b) a time at or after 1:30PM on December 3, 2010; and (ii) granting such other and further relief as this Court deems just and proper.

                                                LBM FINANCIAL, LLC

                                                By its attorney,

                                                */s/ Philip F. Coppinger*
                                                Philip F. Coppinger (BBO #641664)
                                                LBM Financial, LLC
                                                171 Locke Drive, Suite 114
                                                Marlborough, Massachusetts 01752

                                                pfcoppinger@gmail.com

Dated: November 30, 2010
       Marlborough, Massachusetts

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>ROBERT M. BRADLEY<br>     Debtor. | Chapter 7<br>Case No. 10-12152-WCH |

Certificate of Service

I, Philip F. Coppinger, hereby certify that, on August 23, 2010, I served a true and correct copy of the foregoing *Motion to Continue Hearing* by first class mail, postage prepaid, upon each of the parties on the attached service list not noted as having received electronic notice on the electronic filing receipt.

                                                */s/ Philip F. Coppinger*
                                                Philip F. Coppinger

Service List

Paula R.C. Bachtell
U.S. Department of Justice
Office of the United States Trustee
McCormack Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109-3934

Robert M. Bradley
1287 Old Post Road
Marston Mills, MA 02648

Internal Revenue Service
Special Procedures Function
Stop 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

Donald Lassman
Law Offices of Donald Lassman
P. O. Box 920385
Needham, MA 02492