

12/01/2010 Granted, the hearing assignment of De. 3, 2010 regarding the Response (#70) is vacated and the matter is rescheduled for hearing on Dec. 17, 2010 at 9:30 a.m in Hyannis.  Movant to notify parties of the new hearing date and submit a certificate of service to the court.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:                                          Chapter 7

ROBERT M. BRADLEY                    Case No. 10-12152-WCH

              Debtor.

**MOTION TO CONTINUE HEARING ON RESPONSE TO REQUEST FOR
EXTENSION OF TIME TO OBJECT TO DEBTOR'S DISCHARGE**

LBM Financial, LLC, ("LBM") a creditor of the above-captioned debtor, Robert M.

Bradley (the "Debtor"), hereby moves this Court, to enter an order continuing the hearing on the

Debtor's Response to Motion for Extension of Time to Object to Debtor's Discharge, in order to

permit undersigned counsel to fulfill a family obligation.  In support of this Motion, LBM states

as follows:

1.        LBM is a creditor of the Debtor on account of, among other things, a judgment

entered in the Middlesex Superior Court on June 17, 2008 in an action titled *LBM Financial,*

*LLC v. Robert M. Bradley*, and docketed at Civil Action No. MICV2008-01554 (the

"Judgment").

2.        LBM filed its Motion to Extend Time to Object to Discharge on June 14, 2010;

this motion was allowed, extending the deadline to August 23, 2010.  On August 23, 2010, LBM

filed its Second Motion to Extend Time to Object to Debtor's Discharge; this motion was

allowed, extending the deadline to October 22, 2010.  LBM did not seek further extensions of the

deadline because it has made a business decision not to proceed with such litigation.

3.        On November 12, 2010, the Debtor filed a response (the "Response") to LBM's

Second Motion to Extend Time, even though that motion had been granted several months